CLUCK–U, CORP., Plaintiff–Appellee,

v.

Keith DOUGHERTY, ON BEHALF OF DOCSON CONSULTING LLC, Appellant,

Michael Ghiglieri, Defendant–Appellant,

and

C.U.C. of Maryland, Inc.; Ken & Jim C.U.C., Inc.; Kenneth A. Brady, Defendants.

No. 13–1521.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 26, 2013.

Michael Ghiglieri and Keith Dougherty, Appellants Pro Se. Richard Charles Daniels, Daniels & Daniels, LLC, College Park, Maryland, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Dougherty and Michael Ghiglieri appeal the district court's order denying their Fed.R.Civ.P. 60(b)(4), (6) motion for relief from a state court judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cluck–U, Corp. v. Dougherty,* No. 8:10–cv–02105–DKC (D.Md. Mar. 21, 2013). We deny as moot Appellants' motion to adopt a brief filed in a Tenth Circuit case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*